### WILSON v. RITSON.

(City Court of New York, General Term. November 20, 1894.)

APPEAL—REVIEW—QUESTION OF LAW.
     On appeal from the judgment only, questions of law alone can be reviewed.

Appeal from trial term.

Action by James G. Wilson against Tom A. Ritson. From a judgment entered on a verdict in favor of plaintiff, defendant appeals. Affirmed.

Argued before EHRLICH, C. J., and McCARTHY and VAN WYCK, JJ.

Jas. J. Fitz Gerald, for appellant.

Wm. H. Sage, for respondent.

VAN WYCK, J. Defendant appeals from the judgment only; hence only questions of law can be reviewed (Matthews v. Meyberg, 63 N. Y. 656); and the only question of law reviewable on this record is raised by appellant's exception to the denial of his motion to nonsuit plaintiff. At trial, defendant conceded that he owed and had agreed to pay plaintiff $241.50, but contended that he was not indebted to him in the additional sum of $50, as claimed by plaintiff; and the jury found with defendant's contention by disallowing the $50 item, and returning a verdict for only $241.50. Judgment affirmed, with costs. All concur.